**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

          Plaintiff,

    v.

Lamarquita Gesime Leach,

          Defendant.

Case No. 26-mj-00064 (ECW)

**ORDER**

    This case is before the Court on Plaintiff United States of America's Motion to Dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.  (Dkt. 12.)  Defendant Lamarquita Gesime Leach does not oppose the Motion.  (*See* Dkt. 13 (setting February 12, 2026 deadline to respond).)  Accordingly, the Motion is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Dated: February 17, 2026

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge